IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OMAR RASHAD HOOKS,                              :          CIVIL ACTION
        Petitioner,
                                        **FILED** :

    v.
                                        FEB 2 0 2014
JOHN E. WETZEL, et al.                  MICHAEL E. KUNZ, Clerk
        Respondents.                    By _____ Dep. Clerk        NO.  13-3635

## ORDER

WILLIAM H. YOHN, JR, J.

        AND NOW, this ___20___ day of ___Feb.___, 2014, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and *and no objections*

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

3.      There is no probable cause to issue a certificate of appealability.

4.      The Clerk of the Court shall mark this case closed for statistical purposes.

                        BY THE COURT:

                        _____
                        WILLIAM H. YOHN, JR, J.